UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAHAMAD HUSSEIN SAYIDIN,<br><br>              Petitioner,<br>v.<br><br>JACK WARNER,<br><br>              Respondent. | Case No. 2:24-cv-00098-JNW-TLF<br><br>ORDER RE-NOTING SECOND MOTION TO APPOINT COUNSEL AND REQUESTING EVIDENTIARY HEARING AND DIRECTING RESPONSE |

This is a federal habeas action filed under 28 U.S.C. § 2254. The Court has directed service of the petition upon the respondent and the respondent's answer is not yet due. Dkt. 5. The Court has also directed the respondent to file a response to the petitioner's first motion to appoint counsel (Dkt. 4) by May 3, 2024, and has noted that motion for May 10, 2024. *Id.* Petitioner has now filed a second motion to appoint counsel and also requests an evidentiary hearing (Dkt. 7).

To allow the respondent sufficient time to prepare a response to the petition and the new motion, the Court **re-notes** the second motion to appoint counsel and request for evidentiary hearing (Dkt. 7) to **May 10, 2024**. Respondent is directed to file a response to the motion (Dkt. 7) by **May 3, 2024**. Petitioner may reply by **May 10, 2024**.

Dated this 16th day of April, 2024.

Theresa L. Fricke
United States Magistrate Judge

ORDER RE-NOTING SECOND MOTION TO APPOINT
COUNSEL AND REQUESTING EVIDENTIARY
HEARING AND DIRECTING RESPONSE - 1